SAVINA ZIZZA, PETITIONER-DEFENDANT, v. W. H. COMPTON SHEAR COMPANY, RESPONDENT-PROSECUTOR IN CERTIORARI.

Argued January 17, 1933—Decided January 31, 1933.

Before Justices PARKER, LLOYD and HEHER.

For the prosecutor, *Richard W. Baker* and *Edwin J. O'Brien.*

For the defendant-petitioner, *Samuel Press* and *Harry J. Goas.*

PER CURIAM.

Our consideration of this case leads to concurrence in the result reached by Judge Hartshorne, and for the reasons expressed in his opinion, *ubi supra.*

The judgment will therefore be affirmed, with costs.